01-15-00517-CR


301 Fannin Street
Houston, Texas 77002-2066

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

BUSINESS



U.S. POSTAGE >> PITNEY BOWES

June 26, 2015

ZIP 77002 $ 000.34⁰
02 1W
0001372104 JUN 26 2015

RE:    Case No. 01-15-00517-CR

Style: John Henry Skillern
       v. The State of Texas

On **Thursday, June 25, 2015** the reporter's record was filed. If the reporter's record is incomplete, appellant or any other party should seek to supplement the record. Tex. R. App. P. 34.5(c). **If the clerk's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 1436278                    Christopher A. Prine, Clerk of the Court



John Henry Skillern

RETURNED FOR BETTER ADDRESS

MAIL RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
JUL 2 0 2015
CHRISTOPHER A. PRINE
CLERK

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 05191146 |
| **TDCJ Number:** | 02001974 |
| **Name:** | SKILLERN,JOHN HENRY |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1972-08-22 |
| **Maximum Sentence Date:** | 2059-07-29 |
| **Current Facility:** | GARZA WEST |
| **Projected Release Date:** | 2059-07-29 |
| **Parole Eligibility Date:** | 2019-10-07 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

Parole Review Information

**Offense History:**

| Offense | County | Case No. |
|---|---|---|

| Offense Date | | Sentence Date | | | | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|---|
| 1993-09-24 | AGG SEX ASLT CHLD | 1994-06-06 | UVALDE | 94-01-9023-CR | | 20-00-00 |
| 2014-07-24 | PROMOTE CHILD PORN | 2015-05-20 | HARRIS | 143627901010 | | 45-00-00 |
| 2014-07-24 | POSS CHILD PORN | 2015-05-20 | HARRIS | 143627801010 | | 20-00-00 |

Return to Search list

*The Texas Department of Criminal Justice updates this information regularly to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, scheduled termination date, or other information regarding an offender.*

*For questions and comments, you may contact the Texas Department of Criminal Justice, at (936) 295-6371 or webadmin@tdcj.texas.gov. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.*

New Offender Search      TDCJ Home Page